UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| HOWARD ELLIS, | ) | |
| Petitioner, | ) | 3:12-cv-00099-ECR-VPC |
| vs. | ) | **ORDER** |
| JACK PALMER, *et al.*, | ) | |
| Respondents. | ) | |

Respondents have filed a motion for a first extension of time in which to file an answer/responsive pleading to the petition for a writ of habeas corpus. (ECF No. 9). Respondents seek a 10-day enlargement of time, up to and including May 31, 2012, to file an answer or other responsive pleading. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer or responsive pleading (ECF No. 9) is **GRANTED.** The answer/responsive pleading shall be filed on or before **May 31, 2012.**

Dated this 21st day of May, 2012.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE