1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11  HOWARD ELLIS,                         )
                                         )
12          Petitioner,                  )        3:12-cv-00099-RCJ-VPC
                                         )
13  vs.                                  )        **ORDER**
                                         )
14  JACK PALMER, *et al.*,               )
                                         )
15          Respondents.                 )
    _____ /

16

17          This closed action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C.

18  § 2254, by a Nevada state prisoner.  Before the Court is petitioner's motion for relief from judgment.

19  (ECF No. 60).  Under Fed. R. Civ. P. 60(b) the court may relieve a party from a final judgment or

20  order for the following reasons:

21          (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly
            discovered evidence which by due diligence could not have been
22          discovered in time to move for a new trial under Rule 59(b); (3) fraud
            (whether heretofore denominated intrinsic or extrinsic),
23          misrepresentation, or other misconduct of an adverse party; (4) the
            judgment is void; (5) the judgment has been satisfied, released, or
24          discharged, or a prior judgment upon which it is based has been
            reversed or otherwise vacated, or it is no longer equitable that the
25          judgment should have prospective application; or (6) any other reason
            justifying relief from the operation of the judgment.

26

1    Motions to reconsider are generally left to the discretion of the trial court.  *See Combs v. Nick*

2  *Garin Trucking,* 825 F.2d 437, 441 (D.C. Cir. 1987).  In order to succeed on a motion to reconsider,

3  a party must set forth facts or law of a strongly convincing nature to induce the court to reverse its

4  prior decision.  *See Kern-Tulare Water Dist. v. City of Bakersfield,* 634 F. Supp. 656, 665 (E.D. Cal.

5  1986), *aff'd in part and rev'd in part on other grounds* 828 F.2d 514 (9th Cir. 1987).

6    In the instant case, this Court properly entered judgment dismissing this action in the order

7  filed March 7, 2013.  (ECF No. 58).  In his motion for relief from judgment, petitioner has not

8  identified any mistake, intervening change in controlling law, or other factor that would require

9  vacating the judgment.  Petitioner has not shown that manifest injustice resulted from dismissal of

10  the action.  Petitioner also has not presented with relevant newly discovered or previously

11  unavailable evidence.  Petitioner has failed to make an adequate showing under Rule 60(b) to justify

12  granting his motion for relief from judgment.

13    **IT IS THEREFORE ORDERED** that respondents' motion to file an amended opposition to

14  the motion for relief from judgment (ECF No. 65) is **GRANTED.**

15    **IT IS FURTHER ORDERED** that petitioner's motion for relief from judgment (ECF No.

16  60), is **DENIED.**

17    Dated this 6th day of September, 2013.

18

19    _____
     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

2